**Order entered August 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00557-CV

### CELEBRITY HEALTHCARE MANAGEMENT, LLC, AKA CELEBRITY HEALTHCARE AND CELEBRITY DENTAL, PC AKA CELEBRITY DENTAL Appellant

### V.

### JOHN STANCU, Appellee

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-03438

## ORDER

Appellee's motion for extension of time to file his brief is **GRANTED**. Appellee's brief

is due **August 9, 2017**.

/s/    DAVID L. BRIDGES
         PRESIDING JUSTICE